# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1258

_____

Lorraine Black

*Plaintiff - Appellant*

v.

Life Unlimited/Concern Care

*Defendant - Appellee*

State of Missouri Department of Mental Health

*Defendant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 9, 2018
Filed: October 17, 2018
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and STRAS, Circuit Judges.

_____

PER CURIAM.

Lorraine Black appeals after the district court[1] dismissed her civil rights action, upon the motion of defendant Life Unlimited/Concern Care. Upon careful de novo review, we conclude that the district court did not err in granting defendant's motion to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), *see Kelly v. City of Omaha*, 813 F.3d 1070, 1075 (8th Cir. 2016) (setting forth the standard of review); *see also Ashcroft v. Iqbal*, 556 U.S. 662, 677-78 (2009) (discussing the pleading standard under Fed. R. Civ. P. 8), and we find no other basis for reversal.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.